UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC NEUROSURGICAL SPECIALISTS and ATLANTIC SHORE SURGICAL ASSOCS., PC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHEM, INC., d/b/a Anthem Blue Cross Blue Shield, f/k/a WellPoint, Inc.; ANTHEM INS. COS., INC., d/b/a Anthem Blue Cross Blue Shield; ANTHEM LIFE INS. d/b/a Anthem Blue Cross and Blue Shield; ANTHEM BLUE CROSS LIFE & HEALTH INC. CO.; BLUE CROSS OF CALIFORNIA, d/b/a Anthem Blue Cross; COMMUNITY INS. CO., d/b/a Anthem Blue Cross Blue Shield; ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a Anthem Blue Cross and Blue Shield; ANTHEM UM SERVS., INC., d/b/a Anthem Blue Cross and Blue Shield; HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE, a/k/a Highmark Health Ins. Co.; SECURITAS SECURITY SERVS. USA, INC.; VERIZON, INC., a/k/a Verizon Benefits Admin., Inc., a/k/a Verizon N.J. Inc.; SKANSKA USA INC.; SKANSKA USA BLDG. INC.; SIGNET FIN. MGMT., LLC; CAMP SIX, INC.; *et al.*,<br>    Defendants. | Civ. No. 21-20052 (KM) (CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the court on plaintiffs' motion (DE 20) to remand this matter to the Superior Court of New Jersey, Law Division, Morris County, and for attorneys' fees; and the Court having considered the papers submitted in support and opposition to the motion (DE 20, 23, 24); and

removing defendant Skanska having cross-moved to sever under Federal Rule of Procedure 21 (DE 23) and plaintiffs having opposed that motion (DE 24); for the reasons set forth in the accompanying Opinion, and for good cause shown;

**IT IS** this 10th day of August 2022,

**ORDERED** that Plaintiffs' motion to remand (DE 20) is **GRANTED;** and it is further

**ORDERED** that this case be **REMANDED** to the New Jersey Superior Court, Law Division, Morris County; and it is further

**ORDERED** that Skanska's cross-motion to sever (DE 23) is **DENIED** as moot; and it is further

**ORDERED** that Plaintiffs' request for attorneys' fees is **DENIED**.

The Clerk shall close the file.

/s/ Kevin McNulty

_____

**Hon. Kevin McNulty**
**United States District Judge**